IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00012-BR

AMANDA ROSE, )
)
    Appellant, )
)
  v. )    **ORDER**
)
BRIAN H. ROSE, )
)
    Appellee. )

   This matter is before the court on Appellant Amanda Rose's unopposed motion to voluntarily dismiss her appeal.  (DE # 14.)  Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the instant motion is ALLOWED. The appeal is hereby DISMISSED, and the Clerk of Court is DIRECTED to close this case.

   This 15 June 2017.


_____

    W. Earl Britt

    Senior U.S. District Judge